U.S. Bankruptcy Court
Northern District of Illinois

In re:

**DIETRA C CHAMBERS**

Debtor

Bankruptcy Case No. **09-21095**

Adversary Proceeding No. **09-00816**

**ROY SAFANDA**

Plaintiff

v.

**DIETRA C CHAMBERS**
**CHARLES CHAMBERS**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

| Name and Address of Plaintiff's Attorney |
|---|
| Roy Safanda<br>111 East Side Drive<br>Geneva, IL 60134 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Kane Courthouse<br>100 S 3rd Street<br>Courtroom 140<br>Geneva IL 60134 | Status Hearing Date and Time<br>10/15/2009 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Kenneth S. Gardner, Clerk Of Court*

# CERTIFICATE OF SERVICE

I, _____ROY SAFANDA_____, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered ___9/ 3 /09___ by:
(date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
AND CERTIFIED MAIL/RETURN RECEIPT REQUESTED TO:
CHARLES CHAMBERS, 1818 W. Illinois Ave., Aurora, IL  60506

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

___9/ 3 /09___                                      _____[signature]_____
Date                                                              Signature

| Print Name |   |   |
|---|---|---|
| ROY SAFANDA |   |   |
| Business Address |   |   |
| 111 EAST SIDE DRIVE |   |   |
| City | State | Zip |
| GENEVA | IL | 60134 |